UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MODULAR DEVICES, INC.,

                    Plaintiff,  **ORDER**
                                                                              CV 08-3267 (ARL)

      -against-

BROOKHAVEN SCIENCE ASSOCIATES, LLC,
and AEi SYSTEMS LLC,

                    Defendants.
-----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       A settlement conference in the above captioned case has been scheduled for Wednesday, June 22, 2011 at 10:30 a.m, to be held in Courtroom 810 in the United States Federal Courthouse in Central Islip. Clients or other persons with full settlement authority must attend or be available by telephone. Parties shall submit a written statement of their respective settlement positions, ex parte, to the undersigned by June 15, 2011. The ex parte settlement letter should not exceed three pages.

Dated: Central Islip, New York                       **SO ORDERED:**
       May 19, 2011

                                                          _____/s/_____

                                                           ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge